# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>ROBERT R. HERREL, JR.,<br>MARCIE E. HERREL,<br><br>Debtors. | Bankruptcy Case No. 18-21128 TBM<br><br>Chapter 13 |

## ORDER DISMISSING CHAPTER 13 CASE AFTER CONFIRMATION OF PLAN

THIS MATTER comes before the Court on the "Motion to Dismiss Bankruptcy" (Docket No. 90, the "Motion") filed by Castlewood Ranch Homeowners Association, Inc., on December 20, 2021. The Court, having reviewed the Motion and the file, and noting the absence of any objection thereto

**FINDS** that:

1. Dismissal of this case is appropriate pursuant to 11 U.S.C. § 1307(c).
2. A plan has been confirmed.
3. No request for delayed revestment of property of the estate has been made.

**IT IS THEREFORE ORDERED** that:

1. The Motion is GRANTED and this case is DISMISSED. The Clerk of the court must serve this order on all creditors and parties in interest within five (5) days of the date of the order.

2. In accordance with 11 U.S.C. § 349(b)(1) and (2), any transfer avoided under 11 U.S.C. §§ 522, 544, 545, 547, 548, 549 or 724(a), or preserved under 11 U.S.C. §§ 510(c)(2), 522(i)(2) or 551 is reinstated; any lien voided under 11 U.S.C. § 506(d) is reinstated; and any order, judgment or transfer ordered under 11 U.S.C. §§ 522(i)(1), 542, 550 or 553 is vacated.

3. All property of the estate, except payments made by the debtor to the trustee, will revest in the debtor as of the date of this order pursuant to 11 U.S.C. § 349.

4. Within 30 days of the date of this order, the trustee must distribute payments received from the debtor in accordance with the terms of the confirmed plan. 11 U.S.C. § 1326(a)(2).

DATED this 6th day of January, 2022.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara
United States Bankruptcy Judge